```
 1  Jim D. Smith
    Attorney at Law
 2  221 S. Second Avenue
    Yuma, Arizona 85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5
 6
 7
 8                  IN THE UNITED STATES BANKRUPTCY COURT
 9                        FOR THE DISTRICT OF ARIZONA
10  In re:                          )         CHAPTER 7
                                    )Case No. B-07-00418-YUM-EWH
11  SHAWN T. SMALLEY and            )
    TRACI SMALLEY,                  )    TRUSTEE'S APPLICATION FOR
12                                  ) ORDER FOR PAYMENT OF UNCLAIMED
                Debtors.            ) FUNDS TO U.S. BANKRUPTCY COURT
13  _____)
14       JIM D. SMITH, Trustee, reports that the following dividend
15  checks have been issued and not presented for payment and more than
16  ninety (90) days has elapsed from the date of issuance:
17  **CHECK #   DATE ISSUED    CREDITOR'S NAME & ADDRESS      AMOUNT**
    106         11/6/2009      PLAINS COMMERCE BANK           $ 6.98
18                             P. O. Box 91510
                               SIOUX FALLS, SD 57109
19
         The Trustee requests that an Order be entered pursuant to
20
    §347(a) of the Bankruptcy Code, directing the Trustee to pay over
21
    the amount of **$6.98** to the Clerk of the Bankruptcy Court to be
22
    deposited in the Registry thereof.
23
         DATED: February 18, 2010
24
25                                         /s/ Jim D. Smith
                                           Jim D. Smith, Trustee
26
```